IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 01-50474

Summary Calendar

_____

BILL E WRIGHT,

Plaintiff-Appellant,

versus

JO ANNE B BARNHART, COMMISSIONER OF SOCIAL SECURITY

Defendant-Appellee.

_____

Appeal from the United States District Court
For the Western District of Texas
A-99-CV-808-AA

_____

January 2, 2002

Before HIGGINBOTHAM, WIENER, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Bill E. Wright appeals from the district court's judgment affirming the denial of his application for disability insurance benefits. In order to be eligible, Wright must demonstrate that the onset of a qualifying medical impairment was on or before December 31, 1990, the date he was last insured.[1]

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

[1] *Loza v. Apfel*, 219 F.3d 378, 394 (5th Cir. 2000).

Our review of the record shows that the ALJ's decision that Wright did not suffer a qualifying medical impairment as of December 31, 1990 is supported by substantial evidence on the record as a whole and was reached through the application of proper legal standards.[2] While Wright contends that the ALJ erred by not applying the full five-step sequential analysis for determining whether a claimant is disabled, this contention is without merit. The ALJ found that Wright did not have a "severe impairment," and therefore did not satisfy step two of the five-step analysis, which is dispositive as to the question of whether Wright was disabled. "A finding that a claimant is disabled or not disabled at any point in the five-step process is conclusive and terminates the Secretary's analysis."[3]

AFFIRMED.

---

[2] *Id.* at 389.

[3] *Bowling v. Shalala*, 36 F.3d 431, 435 (5th Cir. 1994) (quoting *Harrell v. Bowen*, 862 F.2d 471, 475 (5th Cir. 1988)).